

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Epicous Adventure Travel, LLC, | § | No. 08-18-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| Tateossian, Inc. d/b/a Social Fix Media, Alternatively Social Fix Media, and Terry Tateossian, | § | of El Paso County, Texas |
| | § | (TC# 2017-DCV-1030) |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 27, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph Leo Lanza, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 27, 2018.

IT IS SO ORDERED this 16th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.